IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ZOBNOWSKI, | : | |
| Petitioner, | : | CIVIL ACTION NO. 14-4614 |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 16th day of September, 2015, after considering the petition for writ of habeas corpus filed by the *pro se* petitioner, Christopher Zobnowski (Doc. No. 1), the respondents' answer thereto (Doc. No. 5), the state-court record, the petitioner's supporting memorandum of law (Doc. No. 6), and the report and recommendation filed by United States Magistrate Judge Richard A. Lloret (Doc. No. 7); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The Honorable Richard A. Lloret's report and recommendation (Doc. No. 7) is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED**;

3. The petitioner has not made a substantial showing of the denial of a constitutional right and is therefore not entitled to a certificate of appealability, 28 U.S.C. § 2253(c)(2); and

4. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.